IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CLAY HAYNES,
    Petitioner,

vs.                                      Case No.: 4:18cv125/RH/EMT

C. COIL, et al.,
    Respondents.
_____/

## **REPORT AND RECOMMENDATION**

This cause is before the court upon referral from the clerk. Petitioner commenced this action by filing a petition for writ of habeas corpus under 28 U.S.C. § 2241 (ECF No. 1). On March 13, 2018, the court ordered Petitioner to file an amended habeas petition on the court-approved form, and to either pay the filing fee or file a motion to proceed in forma pauperis (*see* ECF No. 3). The court set a 30-day deadline for Petitioner to comply with the order (*see id.*). Less than one week later, the copy of the order served upon Petitioner was returned to the court by the federal Bureau of Prison, marked, "Return to Sender; Forwarding Time Expired" (*see* ECF No. 4).[1]

---

[1] The clerk attempted to locate Petitioner on the BOP's website, but it in indicates "NOT IN BOP CUSTODY." Petitioner has not provided the court with a new address.

Petitioner failed to file an amended petition or address the matter of the filing fee; therefore, on April 16, 2018, the court issued an order requiring Petitioner to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 5). The time for compliance with the show cause order has now elapsed with no response from Petitioner.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED WITHOUT PREJUDICE** for Petitioner's failure to comply with an order of the court.

At Pensacola, Florida, this 21st day of May 2018.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.** A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**